IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Sunless, Inc., <br><br>               Plaintiff, <br> v. <br><br> Selby Holding, LLC, <br><br>               Defendant. | JURY DEMAND <br><br> Civil Action No. 3:20-cv-00930 <br><br> Judge Aleta A. Trauger |

**STIPULATED DISMISSAL ENTRY**

The parties hereby stipulate and agree that they have amicably resolved the within dispute. Accordingly, Plaintiff, Sunless, Inc., hereby dismisses its Amended Complaint **with prejudice**, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and Selby Holding, LLC, dismisses its Amended Counterclaims **with prejudice**, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party will bear its own costs, expenses, and attorneys' fees. The Court will maintain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

*~ Attorney signatures on following page ~*

1

WE ASK FOR THIS:

By: /s/ *Joshua Counts Cumby*
    Joshua Counts Cumby
    ADAMS AND REESE LLP
    1600 West End Avenue, Suite 1400
    Nashville, TN 37203
    Phone: (615) 259-1024
    Facsimile: (615) 259-1470
    joshua.cumby@arlaw.com

    Frank M. Gasparo (Pro hac vice)
    Leonard L. Gordon (Pro hac vice)
    Eric A. Prager (Pro hac vice)
    Ralph A. Dengler (Pro hac vice)
    Dennis J. McMahon (Pro hac vice)
    VENABLE LLP
    1270 Avenue of the Americas
    New York, NY 10020
    Phone: (212) 307-5500
    Facsimile: (212) 307-5598
    FMGasparo@Venable.com
    LLGordon@Venable.com
    EAPrager@Venable.com
    RADengler@Venable.com
    DMcMahon@Venable.com

    *Attorneys for Plaintiff Sunless, Inc.*

By: /s/ *Stephan R. Wright*
    Stephan R. Wright
    2288 Gunbarrel Rd.
    Ste. 154/Box 247
    Chattanooga, TN 37421
    Phone: (423) 826-6919
    Facsimile: (423) 826-6929
    swright@stephanwright.com

    Shane V. Cortesi (# 029785)
    424 Church Street, Suite 2000
    Nashville, TN 37219
    Phone: (615) 651-7401
    Facsimile: (635) 651-7401
    shane.cortesi@cortesilaw.com

    *Attorneys for Defendant Selby Holding, LLC*